IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR217-038 |
| | ) | |
| v. | ) | |
| | ) | |
| RAFEAL LATEEF BAKER | ) | |

## ORDER

Before the Court is the Government's Motion to Dismiss Ancillary Petition. On December 14, 2017, the Court entered a Consent Order of Forfeiture forfeiting to the United States; (1) $5,000 in U.S. Currency, and (2) $892 in U.S. Currency. (Dkt. No. 62.) On April 30, 2018, Tracy Singleton ("Singleton") filed an unverified petition contesting forfeiture of $5,000 which had previously been administratively forfeited. (Dkt. No. 92.). During the Administrative Forfeiture process Singleton received a Notice of Seizure of Property and Initiation of Administrative Forfeiture Proceedings, and she was allowed the requisite time to file a valid petition, however she did not.

After careful consideration, the Government's motion is **GRANTED**, and Singleton's petition (Dkt. No. 92) is **DISMISSED AS MOOT**.

SO ORDERED this 25 day of June, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA