AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Brunswick Division

| | |
|---|---|
| United States of America <br> v. <br> Rafeal Lateef Baker, <br> a/k/a "Channel 4" | ) <br> ) Case No: 2:17CR00038-1 <br> ) <br> ) USM No: 11027-021 |
| Date of Original Judgment: June 12, 2018 <br> Date of Previous Amended Judgment: August 17, 2020 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Amy Lee Copeland <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____176 months_____ **is reduced to** _____157 months_____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___June 12, 2018,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: January 30, 2024

Judge's signature

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

Effective Date: February 1, 2024
*(if different from order date)*

Printed name and title